No. 83–6247.  AYERS v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 83–6276.  NEVELS v. TOHEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–6279.  SMITH v. PERINI, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.

No. 83–6283.  COLEMAN v. SUSSEX COUNTY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–6284.  COLEMAN v. MILLSBORO TOWNSHIP.  C. A. 3d Cir.  Certiorari denied.

No. 83–6287.  HERRINGTON v. MET COAL & COKE CO., INC.  Cir. Ct. W. Va., Monongalia County.  Certiorari denied.

No. 83–6291.  SCARSELLI v. FIDUCIARY TRUST COMPANY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 83–6292.  ROTHSCHILD v. Y. M. C. A.  C. A. 11th Cir.  Certiorari denied.

No. 83–6293.  MITCHELL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–6294.  WEBSTER v. REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 83–6295.  QUEEN v. EASLEY.  C. A. 4th Cir.  Certiorari denied.

No. 83–6296.  ROBINSON v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA.  Sup. Ct. Tex.  Certiorari denied.

No. 83–6302.  TAYLOR v. DEVEREAUX.  C. A. 11th Cir.  Certiorari denied.

No. 83–6305.  ZYGADLO v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.